2006 OK 60

**In re:  Initiative Petition No. 379, State Question No. 726.**

**No. 102,999.**

Supreme Court of Oklahoma.

Sept. 8, 2006.

**ORDER**

¶ 1 On August 31, 2006, the Court issued an order in the above styled and numbered cause determining that:

1) The cause failed for numerical insufficiency of signers;

2) The evidence supported substantial illegal participation of out-of-state circulators. Title 34 O.S.2001 § 3.1;  the Okla. Const. art. 3, § 1;

3) Denying oral argument;  and

4) Providing that an official opinion would follow.

¶ 2 The Court notes that the Attorney General has been granted *amicus curiae* status in the cause.  Therefore, the Attorney General is invited to file a brief on the issues outlined within ten (10) days of the date of this order.